BEFORE THE SECOND DIVISION, SEPTEMBER 7, 1967

No. P67/294.—Sunwear, Inc. v. United States, protests 60/13524 and 61/20424 (Boston).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of chip or chipwood hats similar in all material respects, except as to the component material of chief value, to those subject of Amberg, Schwab & Co., Inc., et al. v. United States (64 Treas. Dec. 433, T.D. 46701); that the component material of chief value in said articles is chip or chipwood; and that said hats are not sewed, blocked, or trimmed, but are bleached, colored, dyed, or stained, the claim of the plaintiff was sustained.

No. P67/295.—Soderhamn Machine Manufacturing Co. v. United States, protest 62/9337 (Tampa).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of parts of debarking machines similar in all material respects to those the subject of Soderhamn Machine Mfg. Co. v. United States (54 Cust. Ct. 369, Abstract 69205), the claim of the plaintiff was sustained.

No. P67/296.—Airesearch Manufacturing Company, a div. of The Garrett Corporation, et al. v. United States, protests 63/18906, etc. (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts of air data computers for F–104 aircraft similar in all material respects to those the subject of Railway Express Agency, Inc., a/c Airesearch Manufacturing Co. v. United States (55 Cust. Ct. 328, C.D. 2598), affirmed in Id. v. Id. (57 Cust. Ct. 304, C.D. 2797), the claim of the plaintiffs was sustained.